## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 15-cv-0533-WJM-MJW

WENDY HUTCHINS

    Plaintiff,

v.

PINNACLE CHARTER SCHOOL

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulation for Dismissal, filed July 1, 2015 (ECF No. 16).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulation is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 1st day of July, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge